UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL PARRENT,

    Plaintiff,

  v.

INTEGON NATIONAL
INSURANCE COMPANY, et al.,

    Defendants.

C24-1559 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of December 8, 2025, all remaining dates and deadlines, and all pending motions are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

ORDER - 1

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 24th day of March, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 2